```
                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
                            AT TACOMA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO.   C07-5605 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER OF DEFAULT |
| BRIAN K. HEDGLIN, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER having come on duly and regularly to be heard on the Application for Default submitted by Plaintiff, United States of America, and the Court being fully advised in the matter, it is hereby

ORDERED that default be entered against Defendant this 15th day of February, 2008.

                                                        Bruce Rifkin
                                                        Clerk, U.S. District Court

ORDER OF DEFAULT
(ifaraz\doe\order.dft)